The Honorable Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEoil Agency Co., Ltd., a Korean corporation<br><br>Plaintiff,<br><br>v.<br><br>Camden Seafoods International, LLC., a Washington limited liability company, *in personam* and the F/V TIGIL, her engines, equipment, apparel and appurtenances, *in rem*<br><br>Defendants. | IN ADMIRALTY<br><br>NO. C16-1344JLR<br><br>~~(proposed)~~<br><br>ORDER FOR ENTRY OF DEFAULT JUDGMENT AGAINST CAMDEN SEAFOODS INTERNATIONAL LLC and F/V TIGIL |

THE COURT having reviewed Plaintiff SEoil Agency Co., Ltd.'s ("SEoil"), Motion for Entry of Default Judgment Against Camden Seafoods International LLC ("Camden") and F/V Tigil ("Tigil"), the Declaration of Mygong Jong Kim, and the Declaration of John G. Young in support of this motion, together with the records and pleadings filed herein, and being fully advised that on December 5, 2016, this Court issued an Order of Default Against Camden and Tigil, and that Camden and Tigil have not appeared or otherwise responded to this matter, it is hereby

ORDERED, ADJUDGED AND DECREED that SEoil is awarded judgment against Camden and Tigil, jointly and severally, in the principal amount of $301,754.36, plus interest at

(proposed) ORDER FOR ENTRY OF DEFAULT JUDGMENT
AGAINST CAMDEN SEAFOODS INTERNATIONAL LLC AND
F/V TIGIL- 1
(2:16-cv-01344) -1
6009939.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

the rate of 2% per a month from the date each invoice was due through May 30, 2016 in the amount of $196,137.92, for a total of $497,892.28; and it is further

ORDERED, ADJUDGED AND DECREED that SEoil is awarded post judgment interest at the rate of 2% per month to be calculated from June 1, 2016 until paid in full.

SIGNED this 30th day of March, 2017.

_____
JUDGE JAMES ~~I. ROBERT~~ L. ROBART
United States District Judge

Presented by:

s/ John G. Young
John G. Young, WSBA #12890
s/ Markos Scheer
Markos Scheer, WSBA #29233
Attorneys for Plaintiff
SEOIL AGENCY CO., LTD.
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: jyoung@williamskastner.com
Email: mscheer@williamskastner.com

ORDER FOR ENTRY OF DEFAULT JUDGMENT AGAINST CAMDEN SEAFOODS INTERNATIONAL LLC and F/V TIGIL
ORDER FOR ENTRY OF DEFAULT JUDGMENT AGAINST CAMDEN SEAFOODS INTERNATIONAL LLC AND F/V TIGIL- 2
(2:16-cv-01344) - 2
6009939.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600