The Honorable Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEOIL AGENCY CO., LTD., a Korean corporation<br><br>Plaintiff,<br><br>v.<br><br>Camden Seafoods International, LLC., a Washington limited liability company, *in personam* and the F/V TIGIL, her engines, equipment, apparel and appurtenances, *in rem*<br><br>Defendants. | IN ADMIRALTY<br><br>NO. 2:16-cv-01344-JLR<br><br>[PROPOSED]<br><br>ORDER FOR SALE OF VESSEL |

The Court having received the Motion of plaintiff SEoil Agency Co., Ltd. ("SEoil") for entry of an Order of sale of the defendant vessel TGIL (the "Vessel"), the Declaration of John G. Young filed in connection therewith and being fully advised in the promises, it is hereby

ORDERED, ADJUDGED AND DECREED that

1. The Vessel is hereby condemned to be sold where it lies by the United States Marshal for the Western District of Washington as soon as such sale may be scheduled by the United States Marshal in accordance with the Marshal's rules and regulations;

2. A Notice of Sale shall be published by the United States Marshal in the Daily Journal of Commerce ~~four (4) times prior to the date of the sale such that the last required~~ daily for a period of eight (8) days prior to the day of sale. See LAR 145(a).

[PROPOSED]
ORDER FOR SALE OF VESSEL - 1
(2:16-cv-01344)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6036425.1

1  ~~notice is published not less than five (5) days prior to the date of sale;~~  JLR

2      3.    The United States Marshal shall conduct the sale of the Vessel in such a manner that all bidders are identified to the Marshal's satisfaction prior to the commencement of the sale and that following the opening bid, if any, the Marshal is directed to only accept bids in minimum increments of $1000;

    4.    The Vessel be sold on an "AS IS, WHERE IS" basis at the public auction to the highest bidder, free and clear of all liens and encumbrances;

    5.    Except as otherwise provided herein, the successful bidder will be required to pay the United States Marshal (a) ten percent (10%) of the bid price by cash or cashier's check payable to the "United States Marshal" drawn in a federal or state chartered bank in good standing prior to the close of the auction sale and that (b) the remaining balance of ninety percent (90%) of the auction price be paid by cash or cashier's check payable to the "United States Marshal" drawn on a federal or state chartered bank in good standing within ~~seven (7)~~ three (3) days of the dismissal of any opposition to the sale which may be filed, exclusive of Saturdays, Sundays and holidays. See LAR 145(b)  JLR

    6.    SEoil or its designee, shall be permitted to attend the sale and bid in the full amount of its Judgment, or any part thereof, together with interest accrued at the rate of 2% per month calculated from June 1, 2017 through the date of sale and administrative expenses incurred prior to the sale without the need for SEoil or its designee, to make payout of that amount in cash;

    7.    The proceeds of the sale, exclusive of any credit bid by SEoil shall be deposited to the registry of this Court to be held there pending further Order of this Court;

    8.    The party seeking the sale of the Vessel shall lodge a proposed order confirming the sale with the Clerk of Court within seven (7) days after the date of sale. If no written

[PROPOSED]
ORDER FOR SALE OF VESSEL - 2
(2:16-cv-01344)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6036425.1

objection is filed within the Court challenging the sale of the Vessel within fourteen (14) days of such sale, the sale shall stand confirmed.

    9. The clerk shall ~~immediately issue a~~ Writ of *Venditioni Exponas* for the Vessel ~~and cause such writ to be delivered to the United States Marshal.~~ deliver this order to the United States marshal, who shall treat the order as a

DATED this ~~7th~~ 19th day of April, 2017.

_____
Honorable Judge James L. Robart

JLR

Presented by:

s/ John G. Young
John G. Young, WSBA #12890
s/ Markos Scheer
Markos Scheer, WSBA #29233
Attorneys for Plaintiff
SEOIL AGENCY CO., LTD.
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: jyoung@williamskastner.com
Email: mscheer@williamskastner.com

[PROPOSED]
ORDER FOR SALE OF VESSEL - 3
(2:16-cv-01344)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6036425.1