HONORABLE JAMES L. ROBART

THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT
OF WASHINGTON AT SEATTLE

SEOIL AGENCY CO, LTD., a Korean corporation,

Plaintiff,

v.

CAMDEN SEAFOODS INTERNATIONAL, LLC, a Washington limited liability company, *in personam*, and the F/V TIGIL, her engines, equipment, apparel, and appurtenances, *in rem*,

Defendants,

and

303 NORTHEAST NORTHLAKE WAY, LLC, a Washington limited liability company,

Proposed Intervenor,

IN ADMIRALTY

Case No.: 2:16-cv-01344-JLR

[~~Proposed~~] ORDER GRANTING MOTION TO FILE COMPLAINT IN INTERVENTION

[~~Proposed~~] ORDER GRANTING MOTION TO FIILE COMPLAINT IN INTERVENTION - 1
Case No. 2:16-cv-01344-JLR

HOLMES WEDDLE & BARCOTT, A
PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

THIS COURT having reviewed 303 Northeast Northlake Way LLC's ("NNW") Motion to File Complaint in Intervention and supporting documents; ~~Plaintiffs' Oppositions and supporting documents, if any; and the Reply briefs filed by NNW, if any,~~ hereby ORDERS:

1. NNW's Motion to File Complaint in Intervention is GRANTED;

2. NNW shall file its Complaint in Intervention no later than 8 November 2017.

DATED this 3RD day of November, 2017.

_____
HONORABLE JAMES L. ROBART
United States District Judge

Presented by:

HOLMES WEDDLE & BARCOTT

/s/ John Casperson
John Casperson, WSBA #14292
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email: jcasperson@hwb-law.com
Attorney for 303 Northeast Northlake Way LLC

[Proposed] ORDER GRANTING MOTION TO
FIILE COMPLAINT IN INTERVENTION - 2
Case No. 2:16-cv-01344-JLR

HOLMES WEDDLE & BARCOTT, A
PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289