UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEOIL AGENCY CO., LTD, <br><br> Plaintiff, <br> v. <br><br> CAMDEN SEAFOODS INTERNATIONAL, LLC, ET AL., <br><br> Defendants, <br><br> and <br><br> 303 NORTHEAST NORTHLAKE WAY, LLC, <br><br> Intervenor. | CASE NO. C16-1344JLR <br><br> ORDER DENYING MOTION FOR DEFAULT JUDGMENT |

Before the court is Intervenor 303 Northeast Northlake Way, LLC's ("NNW") motion for default judgment against Plaintiff Seoil Agency Co., Ltd. ("SEoil"). (Mot. (Dkt. # 44).) The Local Civil Rules provide specific requirements for a party seeking

ORDER - 1

default judgment, and NNW has not satisfied those requirements. *See* Local Rules W.D. Wash. LCR 55. NNW's motion and supporting documents provide insufficient supporting evidence for the court to enter judgment against SEoil. *See id.* LCR 55(b)(2). Specifically, NNW does not "provide a concise explanation of how all amounts were calculated." *See id.* LCR 55(b)(2)(A). Accordingly, the court DENIES NNW's motion for default judgment (Dkt. # 44) WITHOUT PREJUDICE to seeking default judgment in accordance with the Local Civil Rules.

Dated this 2nd day of April, 2018.

JAMES L. ROBART
United States District Judge